IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00451-MSK

United States of America,

       Plaintiff,

v.

1.     KENNETH GRIGGS,

       Defendant.

---

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

THE COURT has reviewed the Government's Petition for a Writ of Habeas

Corpus Ad Prosequendum pertaining to the above-named defendant for an initial

appearance hearing before the United States District Court for the District of Colorado,

forthwith.  The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the

United States District Court to issue such a Writ directing the United States Marshal and

any other officer in whose custody the defendant may be held to bring the body of

Kenneth Griggs, (Inmate # 09-14275-Cou), now confined in the Arapahoe County

Detention Facility, 13101 Broncos Parkway, Centennial, Colorado, before a United States

Magistrate Judge, sitting at Denver, Colorado, forthwith, and from day to day thereafter,

for an initial appearance hearing in the United States District Court for the District of

Colorado in the above-entitled and pending cause; and to hold the said defendant at all

times in custody as an agent of the United States of America; that immediately after the

conclusion of the proceedings described in the above-entitled cause in the United States

District Court for the District of Colorado, the United States Marshal and any other

officer in whose custody the defendant is held shall return the defendant to the institution

where he was confined, under safe and secure conduct, and have then and there this Writ.

DATED at Denver, Colorado, this 17 Th day of November, 2009.


BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO


MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

-2-